No. 86–380. MICHIGAN BEER & WINE WHOLESALERS ASSN. *v.* ATTORNEY GENERAL OF MICHIGAN ET AL. Ct. App. Mich. Certiorari denied. JUSTICE WHITE would grant certiorari. ▮

No. 86–389. CITY OF BIRMINGHAM *v.* AMERICAN CIVIL LIBERTIES UNION ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. ▮

No. 85–7111. PEEK *v.* KEMP, WARDEN. C. A. 11th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari and set case for oral argument. ▮

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 86–48. MESSINO *v.* UNITED STATES;
No. 86–5114. HLAVACH *v.* UNITED STATES;
No. 86–5120. COVELLO *v.* UNITED STATES; and
No. 86–5277. TURNER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 791 F. 2d 489.

JUSTICE WHITE, dissenting.

The Courts of Appeals are divided over the kind of agreement necessary to support a conviction for so-called RICO conspiracy. In this case, the Court of Appeals for the Seventh Circuit acknowledged that there is "a clear division among the circuit courts that have considered the issue." *United States* v. *Neapolitan,* 791 F. 2d 489, 494–495 (1986). I adhere to the view expressed in my dissent in *Adams* v. *United States,* 474 U. S. 971 (1985), that we should grant certiorari and resolve this conflict.

No. 86–152. INVESTMENT COMPANY INSTITUTE *v.* CLARKE ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition. ▮

No. 86–153. INVESTMENT COMPANY INSTITUTE *v.* CLARKE ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition. ▮